UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | | |
|---|---|---|
| CHARLES COSGROVE, JR. | ) | |
| | ) | |
| Petitioner | ) | Civil Action No. 7: 08-CV-121-KKC |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR RIOS, JR. | ) | **JUDGMENT** |
| | ) | |
| Respondent | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that:

1. Petitioner Cosgrove's claims regarding his disciplinary convictions for assault on prison guards are **DENIED WITH PREJUDICE**.

2. Petitioner Cosgrove's claims regarding his disciplinary convictions for possessing a tattoo gun and possessing intoxicants are **DENIED WITHOUT PREJUDICE**.

3. Petitioner Cosgrove's claims regarding his placement in a Residential Reentry Center are **DENIED WITHOUT PREJUDICE**.

4. Judgment is **ENTERED** in favor of the Respondent.

5. The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

Dated this 6th day of May, 2009.



**Signed By:**

*Karen K. Caldwell*

**United States District Judge**